IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ROBERT BARNES**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 15 C 11252 |
| **THOMAS J. DART**, Sheriff, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Cook County Department of Corrections ("County Jail") inmate Robert Barnes ("Barnes") has just filed a 42 U.S.C. § 1983 ("Section 1983") action against that agency and two individual defendants, Sheriff Thomas Dart and Correctional Officer Ciach, asserting a deprivation of his constitutional rights in connection with and stemming from an asserted stabbing incident allegedly initiated by two other County Jail inmates. In addition to Barnes' filing of his Complaint on a Clerk's-Office-supplied form, he has filled out and filed two other Clerk's-Office-supplied forms: an In Forma Pauperis Application ("Application") and a Motion for Attorney Representation ("Motion"). Although there are several deficiencies in Barnes' submission,[1] Barnes has provided enough information to enable this Court to make the threshold determinations called for by 28 U.S.C. § 1915 ("Section 1915"). This memorandum order will address that subject while expressing no views as to the substantive viability of Barnes' claim (that subject will be left for the future).

---

[1] For one thing, none of the documents has been dated. For another, the required Certificate at the end of the Application form has not been filled out and signed by an authorized officer at the County Jail.

Despite the absence of the completed Certificate referred to in n.1, the Application has been accompanied by a printout of all transactions in Barnes' trust fund account at the County Jail for the six-month period immediately preceding the filing of the Complaint (see Section 1915(a)(2)). That printout reveals that the average monthly deposits to the account during that six-month period (see Section 1915(b)(1)(A)) came to $114.67, 20% of which (see Section 1915(b)(2)) is $22.93. Accordingly Barnes is assessed that initial partial filing fee of $22.93, and the County Jail trust fund officer is ordered to collect that amount from Barnes' trust fund account there and to pay it directly to the Clerk of Court ("Clerk"):

>Office of the Clerk
>United States District Court
>219 South Dearborn Street
>Chicago IL 60604
>
>Attention: Fiscal Department.

After such payment the trust fund officer at the County Jail (or at any other correctional facility where Barnes may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid. Both the initial payment and all future payments shall clearly identify Barnes's name and the 15 C 11252 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this order to the County Jail trust fund officer.

To turn to the Motion, it reflects that Barnes has undertaken some reasonable (although unsuccessful) efforts to obtain counsel on his own. That being so, and with Barnes having qualified in financial terms for in forma pauperis status, this Court grants the Motion and has

obtained the name of this member of the District Court trial bar to represent Barnes in this action:

>Thomas L Murphy, Esq.
>Petti Murphy & Associates
>10660 West 143rd Street, Suite A
>Orland Park, Illinois  60462
>708-403-5500
>Email:  resipsa1971@yahoo.com.

That designated counsel is ordered (1) to confer with Barnes well before that initial status hearing and also (2) to take the necessary steps for service of process on defendants (either by conferring with the United States Marshals Service on that score or, if counsel prefers, by arranging for service himself -- in the latter respect, this District Court has funds available for cases such as this one to provide reimbursement for the cost of service).

_____
Milton I. Shadur
Senior United States District Judge

Date:  December 18, 2015